**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CLIFFORD LEONARD ASHLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:26-cv-03365 |
| | § | |
| EQUIFAX INFORMATION SERVICES, | § | |
| LLC; EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC.; and TRANS UNION, | § | |
| LLC; | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT TRANS UNION, LLC'S ANSWER TO**
**PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES**

COMES NOW, Defendant Trans Union LLC ("Trans Union") by and through its counsel of record, and hereby files its Answer and Defenses to Plaintiff, Clifford Leonard Ashley's Complaint ("Complaint"). The paragraph numbers below correspond to the paragraphs contained in the Complaint to the extent possible:

**INTRODUCTION**

1. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Complaint and, therefore, denies same.

2. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Complaint and, therefore, denies same.

3. Trans Union admits that it is a "consumer reporting agency" as defined by applicable law. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 3 of the Complaint and, therefore, denies same.

1

4.    Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint and, therefore, denies same.

5.    The provisions of the FCRA are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 5 of the Complaint.

6.    The provisions of the FCRA are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 6 of the Complaint.

7.    The provisions of the FCRA and case law interpreting it are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 7 of the Complaint.

8.    The provisions of the FCRA are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 8 of the Complaint.

9.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

10.    Trans Union admits that Plaintiff purports to bring an action with FCRA claims but denies the remaining allegations of this paragraph.

11.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

## JURISDICTION AND VENUE

12.    Trans Union admits that jurisdiction is proper pursuant to 15 U.S.C. § 1681p.  Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union.

13. Trans Union admits, solely based on the allegations contained in Plaintiff's Complaint, that venue is proper in this Court. Trans Union denies the remaining allegations of this paragraph.

## **PARTIES**

14. Trans Union admits that Plaintiff is a natural person and "a consumer" as defined by 15 U.S.C. § 1681a(c). Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint and, therefore, denies same.

15. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

16. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

17. Trans Union admits that it is a limited liability company organized under the laws of the State of Delaware with its principal place of business located in Chicago, Illinois. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

18. Trans Union admits that it is a "consumer reporting agency" as defined by applicable law. Trans Union also admits that it assembles consumer credit information for the purpose of furnishing consumer reports to third parties. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 18 of the Complaint and, therefore, denies same.

19. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

20.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

21.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## FACTUAL BACKGROUND
### Summary of the Fair Credit Reporting Act

22.     The provisions of the FCRA are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 22 of the Complaint.

23.     The provisions of the FCRA are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 23 of the Complaint.

24.     The provisions of the FCRA are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 24 of the Complaint.

### Defendants' Processing of Credit Information

25.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

26.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

27.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

28. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

29. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

30. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

31. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

32. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

33. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

34. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

35. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

36. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

37. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

38.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

39.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

40.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

41.     The provisions of the FCRA and case law interpreting it are self-evident and speak for themselves. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

42.     The provisions of the FCRA and case law interpreting it are self-evident and speak for themselves. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

43.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

44.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

45.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

46.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

47.    Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

48.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

49.    Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

50.    Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

51.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

52.    Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

53.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

54.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

55. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

56. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

57. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

58. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

59. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

### Allegations Specific to the Credit Reporting of Plaintiff

60. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

61. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

62. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

63. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

64. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

65. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

66. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

67. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

68. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

69. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

70. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

### Inaccuracies on Plaintiff's Consumer Reports

71. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

72. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

73.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

74.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

75.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

76.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

77.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

78.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

79.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

## Defendants' Unreasonable Procedures

80.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph

81.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

82.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

83.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

84.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

85.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

86.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

### Plaintiff's Damages as a Result of Defendants' Reports

87.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

88.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

89.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

90.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

91.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

92.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

93.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

94.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## CLAIMS FOR RELIEF
### COUNT I
### 15 U.S.C. § 1681e(b)
### Failure to Follow Reasonable Procedures to Assume Maximum Possible Accuracy

95.     Trans Union reasserts its answers and responses set forth herein.

96.     Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

97.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

98.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

99.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

100. Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same. Because of the vague and generalized nature of the remaining allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

101. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

102. Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

103. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

104. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

105. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

106. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

107. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

108. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

109. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

110. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

111. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

112. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

113. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

114. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

115.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

116.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

117.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## PRAYER FOR RELIEF

Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

## DEMAND FOR JURY TRIAL

Trans Union admits that Plaintiff demands a jury trial. Trans Union denies the remaining allegations contained in this paragraph.

## DEFENSES

1.    At all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the FCRA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

2.    Any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

15

3.      Trans Union, in compliance with the FCRA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

4.      Trans Union at all times acted in compliance with the FCRA.

5.      Plaintiff failed to mitigate his alleged damages.

6.      Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of Texas.

7.      To the extent Trans Union could be found liable, Plaintiff was comparatively/contributorily negligent.

8.      In the event that a settlement is reached between Plaintiff and any other party, Defendant Trans Union is entitled to any settlement credits permitted by law.

9.      Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

10.     Trans Union reserves the right to assert additional defenses as may become apparent through additional investigation and discovery

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union, respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint, dismiss the action in its entirety, grant Trans Union its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the Court deems just.

Respectfully submitted,

/s/ Charlotte Long
Charlotte Long, Esq.
Texas Bar No. 24094692
Trans Union, LLC
554 Baroque Way
Irving, TX 75060
(469) 578-1464
E-Mail:  charlotte.long@transunion.com
**Counsel for Trans Union LLC**

16

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of May, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Charlotte Long
Charlotte Long, Esq.