**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CLIFFORD LEONARD ASHLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:26-cv-03365 |
| | § | |
| EQUIFAX INFORMATION SERVICES, | § | |
| LLC; EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC.; and TRANS UNION, | § | |
| LLC; | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT TRANS UNION, LLC'S CERTIFICATE**
**AND DISCLOSURE OF FINANCIALLY INTERESTED PARTIES**

COMES NOW Trans Union LLC, one of the Defendants herein, and in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, files this, its Certificate and Disclosure of Financially Interested Parties, and in support thereof would respectfully show the Court as follows:

**I.     TRANS UNION LLC'S DISCLOSURE OF FINANCIAL INTERESTS**

Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion.  TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU. Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock.  No public company directly owns 10% or more of the ownership in Trans Union LLC.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

1

**II.    CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

Defendant Trans Union LLC, files this certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, noting whose securities are publicly traded, by underlining the name:

Clifford Leonard Ashley

Equifax Information Services, LLC

Experian Information Solutions, Inc.

Trans Union LLC

TransUnion Intermediate Holdings, Inc.

<u>TransUnion</u>

<u>Massachusetts Financial Services Company</u>

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Respectfully submitted,


*/s/ Charlotte Long*
Charlotte Long, Esq.
Texas Bar No. 24094692
charlotte.long@transunion.com
Trans Union, LLC
554 Baroque Way
Irving, TX  75060
Telephone:  (469) 578-1464
***Counsel for Defendant Trans Union, LLC***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 27th day of May, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Landon T. Maxwell, Esq. lmaxwell@consumerjustice.com | |

*/s/ Charlotte Long*
Charlotte Long, Esq.