**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CLIFFORD LEONARD ASHLEY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | Civil Action No. 4:26-cv-03365 |
| EXPERIAN INFORMATION SOLUTIONS, | § | |
| INC., EQUIFAX INFORMATION | § | |
| SERVICES, LLC, AND TRANSUNION | § | |
| LLC; | § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Steven J. Owens of Kasowitz LLP, hereby appears in the above-captioned case as attorney-in-charge on behalf of Experian Information Solutions, Inc., and requests that all notices given or required to be given and all papers served in this case be delivered to and served upon him.

DATED: May 28, 2026                    Respectfully submitted,

                                        KASOWITZ LLP

                                        By:    */s/ Steven J. Owens*
                                               Steven J. Owens
                                               Texas State Bar No. 24098212
                                               SDTX Fed. Bar No. 3504157
                                               SOwens@kasowitz.com
                                               1415 Louisiana Street, Suite 2100
                                               Houston, TX 77002
                                               (713) 220-8800
                                               (713) 222-0843 (fax)

                                        *Counsel for Defendant*
                                        *Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026, I presented the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Steven J. Owens*
Steven J. Owens