**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CLIFFORD LEONARD ASHLEY,<br>　　　　　　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§<br>§ | |
| EXPERIAN INFORMATION SOLUTIONS,<br>INC., EQUIFAX INFORMATION SERVICES,<br>LLC, AND TRANSUNION LLC;<br>　　　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:26-cv-03365 |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S AGREED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Experian Information Solutions, Inc. ("Experian") files this Agreed Motion for Extension of Time to Respond to Plaintiff's Complaint. In support thereof, Experian respectfully shows the Court the following:

1.　　　On April 27, 2026, Plaintiff Clifford Ashley ("Plaintiff") filed his Complaint in this court.

2.　　　On May 8, 2026, Experian was served with the summons and a copy of the Complaint, and Experian's response to the Complaint is currently due on or before May 29, 2026.

3.　　　Counsel for Experian contacted Plaintiff regarding Experian seeking an order from the Court extending Experian's deadline to file an answer or otherwise respond. Plaintiff agrees to extend the deadline by twenty-one (21) days to June 19, 2026.

4.　　　Good cause exists for this request. Experian requests additional time to more thoroughly investigate Plaintiff's claims and to prepare a meaningful response.

5.　　　This extension is not sought for the purposes of delay, but so that justice may be done.

6.　　　Accordingly, Experian respectfully requests the Court enter an Order granting this Agreed Motion for Extension of Time to Respond to Plaintiff's Complaint, extending the deadline to June 19, 2026.

DATED: May 28, 2026

Respectfully submitted,

KASOWITZ LLP

By:     */s/ Steven J. Owens*
        Steven J. Owens
        Texas State Bar No. 24098212
        SDTX Fed. Bar No. 3504157
        SOwens@kasowitz.com
        1415 Louisiana Street, Suite 2100
        Houston, TX 77002
        (713) 220-8800
        (713) 222-0843 (fax)

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF CONFERENCE

Movant certifies that counsel for Defendant conferred with Petitioner on May 26, 2026, via e-mail regarding the relief requested herein. Petitioner was not opposed to the extension.

*/s/ Steven J. Owens*
Steven J. Owens

## CERTIFICATE OF SERVICE

I here by certify that on May 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or mail.

/s/ *Steven J. Owens*
Steven J. Owens

*Attorney for Defendant Experian*
*Information Solutions, Inc.*