**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CLIFFORD LEONARD ASHLEY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | Civil Action No. 4:26-cv-03365 |
| EXPERIAN INFORMATION SOLUTIONS, | § | |
| INC., EQUIFAX INFORMATION | § | |
| SERVICES, LLC, AND TRANSUNION | § | |
| LLC; | § | |
| Defendants. | § | |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

Parent Companies: The ultimate parent company of Experian is Experian plc.

Subsidiaries Not Wholly Owned: The following companies are the U.S.-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

Central Source LLC

Online Data Exchange LLC

New Management Services LLC

VantageScore Solutions LLC

Opt-Out Services LLC

1

2

Publicly Held Companies:    Experian plc indirectly owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

May 28, 2026

Respectuflly submitted,

KASOWITZ LLP

*/s/ Steven Owens*

Steven Owens
Texas State Bar No. 24094914
SDTX Fed. Bar No. 3504157
SOwens@kasowitz.com
1415 Louisiana Street
Suite 2100
Houston,Texas 77002
(713) 220-8822

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

**I hereby certify** that on May 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or mail.

/s/ *Steven Owens*

Steven Owens
Kasowitz LLP

*Attorney for Defendant*
*Experian Information Solutions, Inc.*