UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## **Motion and Order for Admission *Pro Hac Vice***

| Division | Houston ▾ | Case Number | 4:26-cv-03365 |
|---|---|---|---|
| | | | |

| CLIFFORD LEONARD ASHLEY |
|---|
| *versus* |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Yiho J. Kim<br>Goodwin Procter LLP<br>1900 N Street, N.W.<br>Washington, DC 20036<br>(202) 346-4497 YihoKim@goodwinlaw.com<br>District of Columbia (90019786) |
|---|---|

| Name of party applicant seeks to appear for: | EXPERIAN INFORMATION SOLUTIONS, INC. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   5/29/2026 | Signed:   */s/ Yiho J. Kim* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:                                   Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____          _____
                                                                    United States District Judge

**Averment Pursuant to Court Procedure 7(f)**

Pursuant to this Court's Procedure 7(f), I, Yiho J. Kim, respectfully aver that I am familiar with this Court's Procedures and the Local Rules and that I am not located within the Houston area.


Dated: May 29, 2026                                 Respectfully submitted,


                                                    */s/ Yiho J. Kim*
                                                    Yiho J. Kim (*pro hac vice application pending*)
                                                    GOODWIN PROCTER LLP
                                                    1900 N Street NW
                                                    Washington, D.C. 20036
                                                    Tel.: (202) 346-4497
                                                    YihoKim@goodwinlaw.com


                                                    *Counsel for Defendant Experian Information Solutions, Inc.*