UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CLIFFORD LEONARD ASHLEY,           §
                                   §
            Plaintiff,             §
                                   §
      v.                           §        Case No. 4:26-cv-03365
                                   §
EQUIFAX INFORMATON SERVICES,       §
LLC, EXPERIAN INFORMATION          §
SOLUTIONS, INC., AND TRANS UNION   §
LLC                                §
                                   §
            Defendants.            §

### DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Equifax Information Services LLC ("Equifax") hereby moves the Court for an extension of time to answer or otherwise respond to Plaintiff's Complaint and respectfully shows the Court as follows:

1.    Plaintiff's Complaint was filed on April 27, 2026.

2.    Equifax was served with the Complaint on May 11, 2026.

3.    Equifax's responsive pleading is currently due June 1, 2026.

4.    Equifax is in the process of gathering information necessary to respond to the factual allegations in the Complaint and potentially engage in settlement discussions with Plaintiff.

5.    Equifax's counsel has conferred with Plaintiff's counsel and he does not oppose this request.

6.    This is Equifax's first request for an extension.  The requested extension will not prejudice the parties.

288077143.v1

For the reasons above, Equifax requests that the Court issue an order extending the time within which it must answer or otherwise respond to Plaintiff's Complaint through and including June 22, 2026.

Dated: June 1, 2026                                    Respectfully submitted,


By:  /s/ Forrest M. "Teo" Seger III
             **FORREST M. "TEO" SEGER III**
             Attorney-in-charge
             Texas Bar No. 24070587
             Southern District Bar No. 125540
             TSeger@clarkhill.com
             **CLARK HILL PLC**
             2301 Broadway St.
             San Antonio, Texas 78215
             (210) 250-6000
             (210) 250-6100 (Fax)


             **ATTORNEY FOR DEFENDANT,**
             **EQUIFAX INFORMATION SERVICES LLC**


## CERTIFICATE OF CONFERENCE

I hereby certify that Equifax's counsel conferred with Plaintiff's counsel via e-mail on May 14, 2026 regarding the requested relief, and he is unopposed to the request.


             /s/ Forrest M. "Teo" Seger III
             Forrest M. "Teo" Seger III


## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, a true and correct copy of the foregoing *Defendant Equifax Information Services LLC's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


             /s/ Forrest M. "Teo" Seger III
             Forrest M. "Teo" Seger III

288077143.v1