UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD LEONARD ASHLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:26-cv-03365 |
| | § | |
| EQUIFAX INFORMATON SERVICES, | § | |
| LLC, EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., AND TRANS UNION | § | |
| LLC, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1, Equifax Information Services LLC, hereby provides the following certificate of interested parties:

- Clifford Leonard Ashley (Plaintiff)

- Equifax Information Services LLC (Defendant)

- Experian Information Solutions, Inc. (Defendant)

- Trans Union LLC (Defendant)

Equifax is a wholly-owned subsidiary of Equifax Inc. Equifax Inc., which is a publicly traded company on the New York Stock Exchange, is the sole parent of Equifax. No other entity owns 10% or more of Equifax's stock.

288077692.v1

Dated: June 1, 2026

Respectfully submitted,

By:  */s/ Forrest M. "Teo" Seger III*

**FORREST M. "TEO" SEGER III**
Attorney-in-charge
Texas Bar No. 24070587
Southern District Bar No. 125540
**CLARK HILL PLC**
2301 Broadway St.
San Antonio, Texas 78215
(210) 250-6000
(210) 250-6100 (Fax)

**ATTORNEY FOR DEFENDANT,
EQUIFAX INFORMATION SERVICES LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, a true and correct copy of the foregoing *Defendant Equifax Information Services LLC's Certificate of Interested Parties* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Forrest M. "Teo" Seger III*
Forrest M. "Teo" Seger III

2

288077692.v1