United States District Court
Southern District of Texas
**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| CLIFFORD LEONARD ASHLEY, §<br>    Plaintiff, §<br> §<br>v. §<br> §<br>EXPERIAN INFORMATION SOLUTIONS, §<br>INC., EQUIFAX INFORMATION §<br>SERVICES, LLC, AND TRANSUNION §<br>LLC; §<br>    Defendants. § | Civil Action No. 4:26-cv-03365 |

**ORDER GRANTING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

THIS CAUSE came before the Court on Experian Information Solutions, Inc.'s Agreed Motion for Extension of Time to Respond to Plaintiff's Complaint ("Motion"), and the Court, having reviewed the Motion and file herein, finding good cause, hereby ORDERS and ADJUDGES that the Motion is GRANTED.  Experian shall respond to the Complaint by June 19, 2026.

SIGNED this _____29th_____ day of _____May_____, 2026.

_____
HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE