United States District Court
Southern District of Texas
**ENTERED**
June 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD LEONARD ASHLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:26-cv-03365 |
| | § | |
| EQUIFAX INFORMATON SERVICES, | § | |
| LLC, EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., AND TRANS UNION | § | |
| LLC | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is Defendant Equifax Information Services LLC's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion"). The Court, having considered the Motion, is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Equifax Information Services LLC's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant Equifax Information Services LLC is given through and including June 22, 2026 to answer or otherwise respond to Plaintiff's Complaint.

**SO ORDERED.**

SIGNED on June 2, 2026, at Houston, Texas

_____
Honorable Charles Eskridge
United States District Judge

288077475.v1