United States District Court
Southern District of Texas

**ENTERED**
June 10, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston ▾ | Case Number | 4:26-cv-03365 |
|---|---|---|---|

| CLIFFORD LEONARD ASHLEY |
|---|

| *versus* |
|---|

| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Yiho J. Kim<br>Goodwin Procter LLP<br>1900 N Street, N.W.<br>Washington, DC 20036<br>(202) 346-4497 YihoKim@goodwinlaw.com<br>District of Columbia (90019786) |
|---|---|

| Name of party applicant seeks to appear for: | EXPERIAN INFORMATION SOLUTIONS, INC. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   5/29/2026 | Signed:          */s/ Yiho J. Kim* |
|---|---|

| The state bar reports that the applicant's status is:          Active |
|---|
| Dated:  6/8/2026 | Clerk's signature   *Jennelle Gonzalez* |

| **Order** |
|---|

Dated: _____June 10, 2026_____

**This lawyer is admitted *pro hac vice*.**

_____
United States District Judge