**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| CLIFFORD LEONARD ASHLEY, | **Case No.: 4:26-cv-03365** |
| Plaintiff, | **NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff Clifford Leonard Ashley and Defendant Experian Information Solutions, Inc., ("Experian"), have resolved the claims between them in this matter. The Parties are in the process of finalizing the terms and performance attendant to that resolution. The Parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Experian Information Solutions, Inc., only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

///

1

RESPECTFULLY SUBMITTED on June 18, 2026

By: */s/ Landon T. Maxwell*
Landon T. Maxwell, AZ #038439
Southern District of TX Bar No. 3943781
**Consumer Justice Law Firm PLC**
8095 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-1975
F: (480) 613-7733
E: lmaxwell@consumerjustice.com

*Attorneys for Plaintiff*
*Clifford Leonard Ashley*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Mari Cervantes*

2