UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD LEONARD ASHLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:26-cv-03365 |
| | § | |
| EQUIFAX INFORMATON SERVICES, | § | |
| LLC, EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., AND TRANS UNION | § | |
| LLC | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant Equifax Information Services LLC ("Equifax"), by and through its undersigned counsel, files its Answer to Plaintiff's Complaint ("Complaint") as follows:

**PRELIMINARY STATEMENT**

In answering the Complaint, Equifax states that it is responding to allegations on behalf of itself only, even where the allegations pertain to alleged conduct by all Defendants. Equifax denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

Any allegation in Plaintiff's Complaint not heretofore specifically responded to by Equifax is hereby expressly denied.

**INTRODUCTION**

1. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1.

288383858.v1

2.      Equifax denies the allegations as stated in the last sentence of Paragraph 2. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 2.

3.      Equifax admits that it is a consumer reporting agency ("CRA") as that term is defined in the Fair Credit Reporting Act ("FCRA").  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 3.

4.      Responding to the allegations in Paragraph 4, Equifax admits only that it maintains consumer information and prepares and issues consumer reports to users with a permissible purpose.

5.      Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 5 are denied.

6.      Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 6 are denied.

7.      Equifax states that the referenced legal authority speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the referenced legal authority, the allegations in Paragraph 7 are denied.

8.      Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 8 are denied.

9.      Equifax denies the allegations in Paragraph 9.

10.     Equifax admits that Plaintiff brings claims under the FCRA but denies that it violated the FCRA.

11.     Equifax admits that Plaintiff seeks damages but denies any violations of the FCRA and denies that Plaintiff is entitled to any relief from Equifax.

2

3

288383858.v1

## JURISDICTION AND VENUE

12.     In response to Paragraph 12, Equifax admits that the Court has federal question jurisdiction over Plaintiff's FCRA claim against Equifax pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.

13.     To the extent that Plaintiff has properly alleged their claims, Equifax admits that venue is proper in this Court.

## PARTIES

14.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

15.     Equifax admits the allegations in Paragraph 15.

16.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18.     Equifax admits that it is a consumer reporting agency as defined by the FCRA and that at times it engages in the business of assembling, evaluating, and disbursing consumer reports to third-parties.

19.     Equifax admits that it conducts business in the state of Texas. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 19.

20.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20.

21.     Equifax denies the allegations in Paragraph 21.

288383858.v1

## FACTUAL BACKGROUND

### Summary of the Fair Credit Reporting Act

22.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22.

23.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 23 are denied.

24.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 24 are denied.

### Defendants' Processing of Credit Information

25.     Equifax admits that it is a consumer reporting agency ("CRA") as that term is defined in the Fair Credit Reporting Act ("FCRA") and that it provides consumer reports to users with a permissible purpose.

26.     Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 26 are denied.

27.     Equifax admits it obtains consumer information from various sources.

28.     Equifax admits that at times it receives information from other CRAs.

29.     Equifax denies the allegations as stated in Paragraph 29.

30.     Equifax denies the allegations in Paragraph 30.

31.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

288383858.v1

33. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

34. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34.

35. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

36. Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 36 are denied.

37. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37.

38. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38.

39. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39.

40. Equifax denies the allegations as stated in Paragraph 40.

41. Equifax states that the referenced settlement agreement speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the settlement agreement, the allegations in Paragraph 41 are denied.

42. Equifax states that the referenced settlement agreement speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the settlement agreement, the allegations in Paragraph 42 are denied.

43. Equifax denies the allegations as stated in Paragraph 43.

288383858.v1

44. Equifax denies the allegations as stated in Paragraph 44.

45. Equifax denies the allegations in Paragraph 45.

46. Equifax denies the allegations as stated in Paragraph 46.

47. Equifax denies the allegations as stated in Paragraph 47.

48. Equifax denies the allegations as stated in Paragraph 48.

49. Equifax admits that, at times, it receives information about account reaffirmations from furnishers.

50. Equifax denies the allegations in Paragraph 50.

51. Equifax denies the allegations in Paragraph 51.

52. Equifax denies the allegations in Paragraph 52.

53. Equifax denies the allegations in Paragraph 53.

54. Equifax denies the allegations in Paragraph 54.

55. Equifax denies the allegations in Paragraph 55.

56. Equifax denies the allegations in Paragraph 56.

57. Equifax denies the allegations in Paragraph 57.

58. Equifax states that lawsuits and consumer complaints speak for themselves. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any lawsuit or consumer complaint, the allegations in Paragraph 58 are denied.

59. Equifax denies the allegations in Paragraph 59.

### Allegations Specific to the Credit Reporting of Plaintiff

60. Equifax states that bankruptcy filings are public records. To the extent Plaintiff misquotes, misstates, or takes out of context any bankruptcy filing, the allegations in Paragraph 60 are denied.

288383858.v1

61.     Equifax states that bankruptcy filings are public records. To the extent Plaintiff misquotes, misstates, or takes out of context any bankruptcy filing, the allegations in Paragraph 61 are denied.

62.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62.

63.     Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 63 are denied.

64.     Equifax states that each consumer disclosure speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer disclosure(s), the allegations in Paragraph 64 are denied.

65.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65.

66.     Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 66 are denied.

67.     Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 67 are denied.

68.     Equifax denies the allegations as stated in Paragraph 68.

69.     Equifax denies the allegations as stated in Paragraph 69.

70.     Equifax denies the allegations as stated in Paragraph 70.

288383858.v1

**Inaccuracies on Plaintiff's Consumer Reports**

71.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71.

72.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72.

73.    Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 73 are denied.

74.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74.

75.    Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 75 are denied.

76.    Equifax denies the allegations as stated in Paragraph 76.

77.    Equifax denies the allegations as stated in Paragraph 77.

78.    Equifax denies the allegations as stated in Paragraph 78.

79.    Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 79 are denied.

**Defendants' Unreasonable Procedures**

80.    Equifax denies the allegations as stated in Paragraph 80.

81.    Equifax denies the allegations in Paragraph 81.

82.    Equifax denies the allegations in Paragraph 82.

83.     Equifax denies the allegations in Paragraph 83.

84.     Equifax denies the allegations in Paragraph 84.

85.     Equifax denies the allegations in Paragraph 85.

86.     Equifax denies the allegations in Paragraph 86.

**Plaintiff's Damages as a Result of Defendants' Reports**

87.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87.

88.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88.

89.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89.

90.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90.

91.     Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 91 are denied.

92.     Equifax denies the allegations in Paragraph 92.

93.     Equifax denies the allegations in Paragraph 93.

94.     Equifax denies the allegations in Paragraph 94.

### <u>CLAIN FOR RELIEF</u>
### COUNT I
### 15 U.S.C. § 1681e(b)
### Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy

95.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

288383858.v1

96. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 96 are denied.

97. Equifax denies the allegations in Paragraph 97.

98. Equifax denies the allegations as stated in Paragraph 98.

99. Equifax states that its obligations are governed by the FCRA, which speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 99 are denied.

100. Equifax states that its obligations are governed by the FCRA, which speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 100 are denied.

101. Equifax states that its obligations are governed by the FCRA, which speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 101 are denied.

102. Equifax states that its obligations are governed by the FCRA, which speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 102 are denied.

103. Equifax denies the allegations in Paragraph 103.

104. Equifax denies the allegations in Paragraph 104.

105. Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 105 are denied.

106. Equifax denies the allegations as stated in Paragraph 106.

288383858.v1

107.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107.

108.   Equifax denies the allegations as stated in Paragraph 108.

109.   Equifax denies the allegations in Paragraph 109.

110.   Equifax denies the allegations in Paragraph 110.

111.   Equifax denies the allegations in Paragraph 111.

112.   Equifax denies the allegations in Paragraph 112.

113.   Equifax denies the allegations in Paragraph 113.

114.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114.

115.   Equifax denies the allegations in Paragraph 115.

116.   Equifax denies the allegations in Paragraph 116.

117.   Equifax denies the allegations in Paragraph 117.

## PRAYER FOR RELIEF

Equifax denies that Plaintiff is entitled to any relief sought in the paragraphs contained in his Prayer for Relief.

## DEMAND FOR JURY TRIAL

Equifax admits that Plaintiff demands a jury trial.

WHEREFORE, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1)   Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff; and

12

288383858.v1

(2)    It recovers such other and additional relief as the Court deems just and appropriate.

Dated: June 22, 2026                              Respectfully submitted,


By:  */s/ Forrest M. "Teo" Seger III*
        **FORREST M. "TEO" SEGER III**
        Attorney-in-charge
        Texas Bar No. 24070587
        Southern District Bar No. 125540
        TSeger@clarkhill.com
        **CLARK HILL PLC**
        2301 Broadway St.
        San Antonio, Texas 78215
        (210) 250-6000
        (210) 250-6100 (Fax)

**ATTORNEY FOR DEFENDANT,
EQUIFAX INFORMATION SERVICES LLC**


### CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2026, a true and correct copy of the foregoing *Defendant Equifax Information Services LLC's Answer to Plaintiff's Complaint* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


        */s/ Forrest M. "Teo" Seger III*
        Forrest M. "Teo" Seger III

288383858.v1