United States District Court
Southern District of Texas
**ENTERED**
June 23, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD LEONARD ASHLEY, | § | CIVIL ACTION NUMBER |
| | § | 4:26-cv-03365 |
| Plaintiff | § | |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| versus | § | |
| | § | |
| | § | |
| EQUIFAX INFORMATION | § | |
| SERVICES, LLC, *et al,* | § | |
| Defendants. | § | |

## ORDER

Plaintiff Clifford Ashley has provided notice of settlement of the claims against Defendant Experian Information Solutions, Inc. Dkt 24.

All claims by Plaintiff against Defendant Experian are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendant if approval of documentation or condition precedent fails.

Claims against remaining defendants continue.

SO ORDERED.

Signed on June 22, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge